IN THE SUPREME COURT OF NORTH CAROLINA

No. 10PA24

Filed 21 March 2025

STATE OF NORTH CAROLINA

v.

RONALD WAYNE MACON, JR.

On discretionary review pursuant N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, 291 N.C. App. 520 (2023), finding no error after appeal from judgments entered on 26 May 2022 by Judge Gale M. Adams in Superior Court, Randolph County. Heard in the Supreme Court on 30 October 2024.

*Jeff Jackson, Attorney General, by Caden William Hayes, Assistant Attorney General, for the State-appellee.*

*Glenn Gerding, Appellate Defender, by Wyatt Orsbon, Assistant Appellate Defender, for defendant-appellant.*

PER CURIAM.

The decision of the Court of Appeals is modified and affirmed in light of our decision in *State v. Fenner*, No. 289PA23 (N.C. Mar. 21, 2025).

Defendant's conditional petition for writ of certiorari to review the decision of the Court of Appeals is denied.

MODIFIED AND AFFIRMED.